IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM THOMPSON, | : | |
| Plaintiff, | : | CIVIL ACTION 10-00246-KD-B |
| v. | : | |
| BISHOP STATE COMMUNITY COLLEGE, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This action is before the Court on Non-party Lawson State Community College's Motion to Quash Non-party Subpoena (Doc. 22). In the motion, Lawson State Community College (hereinafter "Lawson State") seeks to have the subpoena issued by Plaintiff quashed. The subpoena seeks the production of the employment contracts for twenty-eight (28) former and current employees of Lawson State covering the period of 2005 through 2010. Lawson State argues that the subpoena should be quashed because the documents sought are wholly irrelevant to Plaintiff's lawsuit as Plaintiff has never been employed in any capacity by Lawson State. Thus, the requested documents will not shed any light on any issue in this case. Lawson State further argues that the document request is burdensome and seeks to invade the privacy rights of non-parties.

In an Order dated February 23, 2011 (Doc. 23), Plaintiff was directed to file a response to the motion by March 9, 2011. A review of the docket reflects that to date, no response has been filed by Plaintiff, nor has Plaintiff requested additional time in which to file a response.  As a result, the allegations contained in Lawson State's motion are uncontested. Plaintiff has not asserted nor otherwise demonstrated that the employment contracts requested are relevant or have any bearing on any issue in this case. Accordingly, the subpoena is hereby quashed.

The Clerk is directed to serve a copy of the instant Order on counsel for Lawson State.

DONE this the **21st** day of **March, 2011.**

                                  **/s/SONJA F. BIVINS**
                                  **UNITED STATES MAGISTRATE JUDGE**