IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Dr. William Thompson,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:10-246-KD-B** |
| | ) | |
| **Bishop State Community College,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that summary judgment is **GRANTED** in favor of the Defendants on all claims, and that this case is **DISMISSED with prejudice**.

Both parties shall bear their own costs.

**DONE** and **ORDERED** this the **15th** day of **April, 2011**.

     /s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**